ARTHUR A. SEIDMAN, Appellant, *v.* MOUNT HOPE FINISH-ING COMPANY, Respondent.

(Argued June 4, 1931; decided July 15, 1931.)

*George Horowitz* for appellant.

*Howard P. Nash* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.